UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| GABRIEL MARTIN | CIVIL ACTION NO. 2:23-cv-2706 |
|---|---|
| VERSUS | JUDGE WENDY B. VITTER |
| MARQUETTE TRANSPORTATION COMPANY, LLC | MAGISTRATE JUDGE JANIS VAN MEERVELD |

**************************************************************************

**PLAINTIFF'S EXHIBIT LIST**

COMES NOW, through undersigned counsel, Plaintiff, Gabriel Martin, who respectfully submits his Exhibit List in accordance with the Court's Scheduling Order. Plaintiff provides the following list of exhibits he may offer at trial:

**EXHIBIT LIST**

| No. | Exhibit | |
|---|---|---|
| **INCIDENT DOCUMENTS** | | |
| 1. | U.S. Coast Guard Form 2692 for incident on February 13, 2023 | Marquette 000001-2; Marquette 000095-103 |
| 2. | Supervisor's Personal Injury / Illness Report dated July 26, 2022 | Marquette 000006 |
| 3. | Personal Injury / Illness Report dated July 26, 2022 | Marquette 000007 |
| 4. | Witness to Injury / Illness Report dated July 26, 2022 | Marquette 000008 |
| 5. | Supervisor's Personal Injury / Illness Report dated February 13, 2023 | Marquette 000009 |
| 6. | Personal Injury / Illness Report dated February 13, 2023 | Marquette 000010; Marquette 000116-117 |
| 7. | Witness to Injury / Illness Report dated February 13, 2023 – Completed by Colt Hardin | Marquette 000011 |

1

| | | |
|---|---|---|
| 8. | Witness to Injury / Illness Report dated February 13, 2023 – Completed by Tevarious Crook | Marquette 000012 |
| 9. | Root Cause Preventative Action Summaries dated February 13, 2023 | Marquette 000013-17 |
| **VESSEL DOCUMENTS** | | |
| 10. | J Andrew Eckstein – Vessel Certificate of Documentation | Marquette 000104-105 |
| 11. | Rebecca J Asbridge – Vessel Certificate of Documentation | Marquette 000106-107 |
| 12. | J Andrew Eckstein – Vessel Certificate of Inspection | Marquette 000108-110 |
| 13. | Rebecca J Asbridge – Vessel Certificate of Inspection | Marquette 000111-112 |
| 14. | Daily Boat Log for M/V J. Andrew Eckstein dated July 19, 2022 | Marquette 000003 |
| 15. | Daily Boat Log for the M/V Rebecca J. Asbridge dated February 13, 2023 | Marquette 000004 |
| 16. | Tow Diagram for the M/V Rebecca J. Asbridge dated February 13, 2023 | Marquette 000005 |
| 17. | J Andrew Eckstein – Vessel Diagram | Marquette 000114 |
| 18. | Rebecca J Asbridge – Vessel Diagram | Marquette 000115 |
| **DEFENDANT'S POLICIES AND PROCEDURES** | | |
| 19. | Marquette's Gulf-Inland Division, Vessel Operating Manual | Marquette 000119-121 |
| 20. | Marquette's Gulf-Inland Division – Health and Safety Plan | Marquette 000139-148 |
| **PERSONNEL DOCUMENTS** | | |
| 21. | Plaintiff's Personnel File from Defendant | Marquette 000017-84 |
| 22. | Plaintiff's Deck Force Evaluation Form | Marquette 000085-88 |
| 23. | Plaintiff's Work History | Marquette 000089-94 |
| **PLAINTIFF'S WAGE / EARNINGS RECORDS** | | |
| 24. | Plaintiff's Itemized Statement of Earnings from the Social Security Administration for years 2012 through 2022 | |
| 25. | Plaintiff's IRS Tax Return records for 2019-2022 | |

| | | |
|---|---|---|
| 26. | Plaintiff's 2022 W-2 Form from Marquette Transportation Company, LLC | |
| 27. | Plaintiff's Check Remittances for payments from Defendant | |
| **PLAINTIFF'S MEDICAL AND MEDCIAL BILLING RECORDS** | | |
| 28. | HealthWorks Kinesiology – medical and billing records | |
| 29. | HealthWorks Occupational Medicine – medical and billing records | |
| 30. | HealthWorks Medical LLC – medical and billing records | |
| 31. | HealthWorks Medical, LLC – Core Physical Therapy – medical and billing records | |
| 32. | HealthWorks Family Medicine – medical and billing records | |
| 33. | The Orthopaedic Institute of Western Kentucky – medical and billing records | |
| 34. | BioKinetics Therapy & Training – medical and billing records | |
| 35. | Southern Pain and Rehabilitation d/b/a Elite Pain – medical and billing records | |
| 36. | Emerald Therapy Center – medical and billing records | |
| 37. | Mercy Health Lourdes – medical and billing record | |
| 38. | Center for Rehab and Sports Medicine / Murray-Calloway County Hospital – medical and billing records | |
| 39. | University of Cincinnati Medical Center – medical and billing records | |
| 40. | MD Boat Call Records | Marquette 000920-992 |
| 41. | Naked Prosthetics – Information for PIP Driver, 2nd Generation | |
| 42. | Internal Communications regarding Plaintiff's Medical Treatment | Marquette 000900-919 |
| **PHOTOGRAPHS AND VIDEOS** | | |
| 43. | Photographs of Plaintiff's hand injury, produced by Plaintiff | |
| 44. | Five Videos Depicting Vessel Equipment, Including Winch, produced by Defendant | IMG_1365; IMG_1366; IMG_1367; IMG_1368; IMG_1369 |
| **CORRESPONDENCE** | | |

| | | |
|---|---|---|
| 45. | Email correspondence between Plaintiff and Samantha Shoulta, produced by Plaintiff | |
| 46. | Text messages between Plaintiff and Tevarious Crook, produced by Plaintiff | |
| 47. | Text messages between Plaintiff and Samantha Shoulta, produced by Plaintiff | |
| 48. | Text messages between Plaintiff and Marianne Hawes | Marquette 000263-300 |
| 49. | Maintenance and Cure Correspondence, including e-mails, from Plaintiff and/or Plaintiff's Counsel to Defendant and/or Defendant's Counsel | |
| **OTHER** | | |
| 50. | Documentation of Maintenance and Cure Payments | Marquette 000149-262; 000993-999 |
| 51. | Complete file / all records reviewed or relied upon by Plaintiff's experts | |
| 52. | Complete file / all records reviewed or relied upon by Defendant's experts | |
| 53. | Any other document identified up until the trial of this matter | |
| 54. | Any document needed to impeach any witness | |
| 55. | Any applicable learned treatises | |
| 56. | Any demonstrative aids needed at trial | |
| 57. | Any depositions taken in this matter | |
| 58. | The exhibits to any depositions taken in this matter | |
| 59. | Any pleadings in this matter | |
| 60. | Any responses to written discovery by any party in this matter | |

The Plaintiff, Gabriel Martin, reserves the right to amend and/or supplement this exhibit list.

Respectfully submitted,

SCHECHTER, SHAFFER, & HARRIS, L.L.P

*/s/ Laura B. De La Cruz*
LAURA B. DE LA CRUZ
Louisiana Bar No. 37966
Texas Bar Number: 24095300
MATTHEW D. SHAFFER (*Pro Hac Vice*)
Texas Bar No. 18085600
3200 Travis, 3rd Floor
Houston, Texas 77006
Tel: (713) 524-3500
Facsimile: (866) 696-5610
Ldelacruz@smslegal.com
Mshaffer@smslegal.com

**COUNSEL FOR PLAINTIFF, GABRIEL MARTIN**

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Court and served upon all known counsel of record on this the 28th day of October 2024 through the Case Management/Electronic Case Filing system of the U.S. District Court for the Eastern District of Louisiana.

      Evans Martin McLeod
      Harrison M. Martin
      PHELPS DUNBAR, LLP
      Canal Place
      365 Canal Street, Suite 2000
      New Orleans, LA 70130
      *Via E-mail*

                                          */s/ Laura B. De La Cruz*
                                          LAURA B. DE LA CRUZ